# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**GREENSTONE FARM CREDIT SERVICES**                                                **PLAINTIFF**

**v.**                              **5:09CV00190-WRW**

**LAKE VILLAGE SEED & TIRE, CO., INC.**                                             **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Voluntary Nonsuit (Doc. No. 8) in which Plaintiff asks the Court to dismiss this case without prejudice because the amount in controversy is not sufficient to support federal jurisdiction. The Motion is GRANTED. This case is DISMISSED without prejudice.

IT IS SO ORDERED this 16th day of September, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE